# MEMO ENDORSED

☐ ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2712
Fax. (212) 637-2750

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
MARISOL CRUZ,                    :
                                 :
           Plaintiff,            :
                                 :
      - v. -                     :
                                 :   STIPULATION AND ORDER
MICHAEL J. ASTRUE,               :   07 Civ. 9664 (DC)
Commissioner of                  :
Social Security,                 :
                                 :
           Defendant.            :
                                 :
- - - - - - - - - - - - - - - - x

   IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from February 11, 2008 to and including April 10, 2008.  The reason for the request is

the administrative record has not yet been received by defendant's counsel. No prior extension has been requested in this case.

Dated: New York, New York
       January 11, 2008

>                             *(signature)*
>                             MARISOL CRUZ
>                             Plaintiff pro se
>                             364 West 15th Street
>                               Apt.#11
>                             New York, New York  10011
>                             Telephone No.:(415) 871-4671
>
>                             MICHAEL J. GARCIA
>                             United States Attorney
>                             Southern District of New York
>                             Attorney for Defendant
>
>                        By:  *(signature)*
>                             JOHN E. GURA, JR.
>                             Assistant United States Attorney
>                             86 Chambers Street - 3rd Floor
>                             New York, New York  10007
>                             Telephone No.: (212) 637-2712
>                             John.Gura@usdoj.gov

SO ORDERED:

*(signature)*
UNITED STATES DISTRICT JUDGE

2/4/08