

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

MARISOL CRUZ,                         :

        Plaintiff,            :       ORDER

   - against -                       :       07 Civ. 9664 (DC)

MICHAEL J. ASTRUE,                    :
Commissioner of Social Security,
                                      :
        Defendant.
                                      :
- - - - - - - - - - - - - - - - - -x

**CHIN, D.J.**

      Defendant shall move for judgment on the pleadings by June 5, 2008. Plaintiff shall serve her opposition papers by July 7, 2008. Defendant shall serve his reply, if any, by July 21, 2008.

      All originals shall be filed with the Clerk of the Court.

      SO ORDERED.

Date:   New York, New York
       May 6, 2008

                                    DENNY CHIN
                                    United States District Judge