# MEMO ENDORSED

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2712
Fax. (212) 637-2750



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
MARISOL CRUZ,                    :
                                 :
            Plaintiff,           :
                                 :
      - v. -                     :
                                 :   STIPULATION AND ORDER
MICHAEL J. ASTRUE,               :   07 Civ. 9664 (DC)
Commissioner of                  :
Social Security,                 :
                                 :
            Defendant.           :
                                 :
- - - - - - - - - - - - - - - - x

     IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for

further administrative proceedings. The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated: New York, New York
       July 1?, 2008

*[signature: Marisol Cruz]*
MARISOL CRUZ
Plaintiff pro se
364 West 15th Street
  Apt.#11
New York, New York  10011
Telephone No.: (212) 989-2773

MICHAEL J. GARCIA
United States Attorney
Southern District of New York
Attorney for Defendant

By: *[signature: John Gura]*
JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Telephone No.: (212) 637-2712
John.Gura@usdoj.gov

SO ORDERED:

*[signature]*
_____
UNITED STATES DISTRICT JUDGE

7/28/08